Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
MARIO REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-18-0119-RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE AUTHORIZING OUT-OF-DISTRICT TRAVEL |
| v. | ) | |
| MARIO REYES, | ) | |
| Defendant. | ) | |

Upon the request of the defendant, MARIO REYES, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and the United States Pre-Trial Services, and good cause appearing,

The conditions of release are modified so that MARIO REYES may travel to the Central District of California for a family vacation from February 8, 2019 to February 11, 2019.

Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in the Central District of California in their discretion. Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: January 25, 2019

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
MARIO REYES

IT IS SO STIPULATED.

Dated: January 25, 2019

/s/
ANDREW SCOBLE
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the conditions of release for defendant MARIO REYES be modified so that he travel to the Central District of California from February 8, 2019 to February 11, 2019 for a family vacation.

Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in the Central District of California in their discretion. Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion and all other terms and conditions of pretrial release are to remain unchanged.

IT IS SO ORDERED.

Dated: 1/30/19

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge
Northern District of California